UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-MC-21850-GRAHAM/O'Sullivan

CARNIVAL CORPORATION,

    Plaintiff/Petitioner,

vs.

PUERTO RICO PORTS AUTHORITY,

    Defendant/Respondent.
_____/

**PLAINTIFF/PETITIONER CARNIVAL CORPORATION'S NOTICE OF APPEAL**

    Plaintiff/Petitioner Carnival Corporation ("Carnival") submits to the Clerk of the District Court its Notice of Appeal, pursuant to Federal Rules of Appellate Procedure 3(a) and 4(a). Carnival appeals the entirety of the Order Granting Defendant/Respondent Puerto Rico Ports Authority's Motion to Dismiss [D.E. 38].

    Respectfully submitted this 29th day of December, 2008.

                                          BROAD AND CASSEL
                                          Attorneys for Petitioner, Carnival Corporation
                                          One Biscayne Tower, 21st Floor
                                          2 South Biscayne Blvd.
                                          Miami, Florida  33131
                                          Phone: 305.373.9425
                                          Fax: 305.995.6385

                                          By:/s Mark F. Raymond, P.A.
                                               Mark F. Raymond, P.A.
                                               Florida Bar No.: 373397
                                               Rhett Traband, P.A.
                                               Florida Bar No.: 0028894

CASE NO.: 07-MC-21850-GRAHAM/O'Sullivan

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing.

s/ Mark F. Raymond, P.A.
Mark F. Raymond, P.A.

CASE NO.: 07-MC-21850-GRAHAM/O'Sullivan

**SERVICE LIST**

Carnival Corporation v. Puerto Rico Ports Authority
Case No. 07-21850-MC-Graham/O'Sullivan
United States District Court, Southern District of Florida

| | |
|---|---|
| Lawrence I. Kiern, Esq.<br>Winston & Strawn, LLP<br>1700 K Street, N.W.<br>Washington, DC 20006<br>Email: LKiern@winston.com<br>Telephone: 202.282.5811<br>Fax No. 202.282.5100<br>Attorney for Respondent<br>Puerto Rico Ports Authority<br>By Notice of Electronic Filing | Paul J. McMahon, Esq.<br>Paul Joseph McMahon, P.A.<br>The Wiseheart Building<br>2840 S.W. Third Avenue<br>Miami, FL  33129<br>Email: pjm@pjmlawmiami.com<br>Telephone: 305.285.1222<br>Facsimile: 305.858.4864<br>Attorney for Respondent<br>Puerto Rico Ports Authority<br>By Notice of Electronic Filing |

MIA1\COMMLIT\400997.1
34990/0002

BROAD and CASSEL
One Biscayne Tower, 21st Floor   2 South Biscayne Blvd.  Miami, Florida  33131-1811   305.373.9400