# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 10, 2009

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI FL 33128-1813



**Appeal Number: 09-10030-JJ**
Case Style: Carnival Corp. v. Puerto Rico Ports Authority
District Court Number: 07-21850 CV-MC-DLG

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on March 4, 2008.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing." See 11th Cir. R. 42-2(e), 42-3(e).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol Lewis (404) 335-6179

Encl.

DIS-2CIV (8-2008)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 1 0 2009
THOMAS K. KAHN
CLERK
```

No. 09-10030-JJ

CARNIVAL CORPORATION,

                               Plaintiff-Appellant,

versus

PUERTO RICO PORTS AUTHORITY,

                               Defendant-Appellee.

Appeal from the United States District Court for the

Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file the record excerpts within the time fixed by the rules, effective this 10th day of March, 2009.

                               THOMAS K. KAHN
                               Clerk of the United States Court
                               of Appeals for the Eleventh Circuit

                               By: Carol Lewis
                                   Deputy Clerk

                               FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

ORD-40