# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 20, 2009

Steven M. Larimore
Clerk, U.S. District Court
400 N MIAMI AVE RM 8N09
MIAMI  FL  33128-1813



**Appeal Number: 09-10030-JJ**
Case Style: Carnival Corp. v. Puerto Rico Ports Authority
District Court Number:  07-21850 CV-MC-DLG

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "A motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:
  1 volume, 1 exhibit

Sincerely,

THOMAS K. KAHN, Clerk

Encl.

DIS-4  (4-2009)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

NOV 19 2009

THOMAS K. KAHN
CLERK

No. 09-10030-JJ

CARNIVAL CORPORATION,

                                      Plaintiff-Appellant,

versus

PUERTO RICO PORTS AUTHORITY,

                                      Defendant-Appellee.

---------------------------

On Appeals from the United States District Court for the
Southern District of Florida

---------------------------

BEFORE: CARNES and HULL, Circuit Judges, and GOLDBERG,* Judge.

BY THE COURT:

    Joint motion to dismiss this appeal with prejudice is hereby GRANTED.

---

*Honorable Richard W. Goldberg, United States Court of International Trade Judge, sitting by designation.



Certified to be a true and correct copy of the document on file.
Thomas K. Kahn, Clerk
By: Stephanie Lisa
Deputy Clerk